1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  PHILIP J. DOWNS, JR., State Bar No. 302939
   pdowns@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA 94104
   Telephone:    (415) 697-2000
5  Facsimile:    (415) 813-2045

6  Attorneys for Defendants
   OFFICER BRADLEY PHILLIPS and OFFICER KLEM
7  ULAGA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO COURTHOUSE

| | |
|---|---|
| JON CONNELLY, | Case No. 2:16-CV-01604-JAM-EFB |
| Plaintiff, | **JOINT STIPULATION AND ORDER TO AMEND DOC. ENTRY NO. 8 (STATUS (Pre-trial Scheduling) ORDER)** |
| v. | |
| OFFICER BRADLEY PHILLIPS (VALLEJO POLICE DEPARTMENT, BADGE #678) AND OFFICER KLEM ULAGA (VALLEJO POLICE DEPARTMENT, BADGE #607) IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | Hon. JOHN A. MENDEZ |
| Defendants. | |

TO THE HONORABLE COURT:

On April 16, 2018, and again on April 17, 2018, counsel for the undersigned parties ("Parties"), met and conferred via email to discuss conducting further discovery in this case.

Having so met and conferred, the Parties HEREBY STIPULATE AND AGREE to jointly request leave of the Court to amend Doc. Entry No. 8 STATUS (Pre-trial Scheduling) ORDER in order to set and extend the following deadlines:

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1. To set the close of fact discovery as June 22, 2018;

2. To extend the deadline to disclose expert witnesses to June 22, 2018; and,

3. To extend the deadline to disclose rebuttal experts to June 29, 2018.

The Parties have not previously requested any extension of time from the Court regarding any discovery-related deadlines.

There is good cause for this request. In particular, the Parties believe this proposed amended schedule will promote judicial efficiency. Closing fact discovery upon disclosure of expert witnesses will save the Parties from having to continuously supplement their respective experts' reports and opinions during the completion of fact discovery. The assurance that fact discovery ends before expert discovery begins also allows the Parties to fairly evaluate whether to retain rebuttal experts.

Further, the Parties continue to cooperate and conduct discovery of fact and party witnesses. The Parties believe that extending the time for expert disclosures will facilitate the completion of discovery in the most efficient manner possible.

Respectfully submitted,

Dated: April 20, 2018　　　　　ALLEN, GLAESSNER,
　　　　　　　　　　　　　　　　HAZELWOOD & WERTH, LLP

By: */s/ Philip J. Downs, Jr.*
　　DALE L. ALLEN, JR.
　　PHILIP J. DOWNS, JR.
　　Attorneys for Defendants
　　OFFICER BRADLEY PHILLIPS and
　　OFFICER KLEM ULAGA

Dated: April 20, 2018

By: */s/ Mark W. Kelsey* .
　　MARK W. KELSEY
　　Attorney for Plaintiff

# **ORDER**

The undersigned Parties' filed a joint request to amend Doc. Entry No. 8 in order to set the deadline for fact discovery, and extend the deadlines for expert disclosures:

1.      To set the close of fact discovery as June 22, 2018;

2.      To extend the deadline to disclose expert witnesses to June 22, 2018; and,

3.      To extend the deadline to disclose rebuttal experts to June 29, 2018.

Good cause having been shown, the Parties' requested extension is GRANTED.

IT IS SO ORDERED.

Dated: April 20, 2018                      /s/ John A. Mendez

                                                     HON. JOHN A. MENDEZ
                                                     U.S. DISTRICT COURT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

227540.1