DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
OFFICER BRADLEY PHILLIPS and OFFICER KLEM ULAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JON CONNELLY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER BRADLEY PHILLIPS (VALLEJO POLICE DEPARTMENT, BADGE #678) AND OFFICER KLEM ULAGA (VALLEJO POLICE DEPARTMENT, BADGE #607) IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>　　　　　　Defendants. | Case No. 2:16-CV-01604-JAM-EFB<br><br>***AMENDED* JOINT STIPULATION AND ORDER; REQUEST TO SET SETTLEMENT CONFERENCE (E.D. L.R. 270)**<br><br>Hon. JOHN A. MENDEZ |

TO THE HONORABLE COURT:

On August 28, 2018, the parties in the above-captioned matter jointly filed stipulation and request [Doc. No. 22] to modify the pre-trial order. The Court advised the parties that October 4, 2018 was available for a settlement conference. The parties agree to this date. After further conference, both with the Court, and with one another, the parties also agree to request that the dispositive motion hearing be continued to October 2, 2018 at 1:30 p.m.

Therefore, at the Court's direction, the parties jointly submit this *amended* stipulation and

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

request the following be ordered:

1. To set a settlement conference before a magistrate of this district on October 4, 2018 at 10:00 a.m.;

2. And, continue the dispositive motion hearing to October 2, 2018 at 1:30 p.m.

There is good cause for this request as set forth in the Parties previous proposed stipulated request [Doc. No. 22]. The parties believe this proposed request supports efficiency and makes the best use of the parties', and the Court's resources.

Respectfully submitted,

Dated: August 29, 2018
ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Philip J. Downs, Jr.*
DALE L. ALLEN, JR.
PHILIP J. DOWNS, JR.
Attorneys for Defendants
OFFICER BRADLEY PHILLIPS and
OFFICER KLEM ULAGA

Dated: August 29, 2018

By: */s/ Mark W. Kelsey* .
MARK W. KELSEY
Attorney for Plaintiff

# **ORDER**

The undersigned Parties' filed an *amended* joint request for the Court to modify the pre-trial order (Doc. No. 8); specifically, for an order as set forth below:

1. To set a settlement conference before a magistrate judge of this district on October 4, 2018; and,

2. To continue the dispositive motion hearing to October 2, 2018 at 1:30 p.m.

Good cause having been shown, the Parties' request is GRANTED.

IT IS SO ORDERED.


Dated: 8/29/2018                    /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    U.S. DISTRICT COURT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

252345.1