DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
PHILIP J. DOWNS, JR., State Bar No. 302939
pdowns@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
OFFICER BRADLEY PHILLIPS and OFFICER KLEM ULAGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| JON CONNELLY, | Case No. 2:16-CV-01604-JAM-EFB |
| Plaintiff, | **JOINT STATEMENT RE DEFENDANTS MSA [DOC. 14]; CONCEDED ISSUES; REQUEST TO VACATE HEARING; ENTER ORDER** |
| v. | |
| OFFICER BRADLEY PHILLIPS (VALLEJO POLICE DEPARTMENT, BADGE #678) AND OFFICER KLEM ULAGA (VALLEJO POLICE DEPARTMENT, BADGE #607) IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | Judge: Hon. JOHN A. MENDEZ  Trial: December 3, 2018 |
| Defendants. | |

TO THE HONORABLE COURT:

On September 24, 2018, in response to the minute order by the Court, the parties in the above-captioned matter met and conferred by email. Therefore, the Parties jointly AGREE AND STIPULATE THAT:

1. Plaintiff did not oppose Defendants' *Motion for Summary Adjudication* (Doc. 14) therefore Plaintiff has conceded the issues Defendants raised in the motion;

2. Defendants' *motion* sought partial adjudication of two issues (1) whether

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Defendant Phillips had probable cause to arrest Plaintiff following the subject incident; and (2) whether there was any evidence to Plaintiff's claim that the Defendants conspired to falsify their reports.

Because Plaintiff does not oppose the Defendants' *motion,* Defendants are entitled to an order in their favor, to wit:

The claims made in Paragraphs 19 and 23 of Plaintiff's Complaint are dismissed with prejudice.

Therefore, the Parties respectfully request the Court take off calendar the hearing on Defendants' motion, currently set for October 2, 2018. The Parties intend to appear for the MSC, set for October 4, 2018, in order to attempt to resolve the matter.

Respectfully submitted,

Dated: September 25, 2018

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Philip J. Downs, Jr.*
DALE L. ALLEN, JR.
PHILIP J. DOWNS, JR.
Attorneys for Defendants
OFFICER BRADLEY PHILLIPS and
OFFICER KLEM ULAGA

Dated: September 25, 2018

By: */s/ Mark W. Kelsey* .
MARK W. KELSEY
Attorney for Plaintiff

# **ORDER**

The undersigned Parties' filed a joint statement requesting an order as set forth below:

1. Plaintiff's §1983 claim for violation of the 4th Amendment claim (Unlawful Arrest) is DISMISSED WITH PREJUDICE; and,

2. Plaintiff's claim that Defendants Ulaga and Phillips conspired to falsify reports is without any evidence, and therefore DISMISSED WITH PREJUDICE.

3. In light of Plaintiff's non-opposition, the dispositive motion hearing date of October 2, 2018 is VACATED.

IT IS SO ORDERED.

DATED: September 27, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

262571.1